NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNING OPTICAL COMMUNICATIONS LLC,**
*Appellant*

**v.**

**DALI WIRELESS INC.,**
*Appellee*

---

2023-1275

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00762.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    CORNING OPTICAL COMMUNICATIONS LLC v. DALI WIRELESS
INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 24, 2023
          Date                    /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court


**ISSUED AS A MANDATE:** January 24, 2023